IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT 17 P 3: 04

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN RE:                          *

    MARY E. SIMMONS, Debtor    *

\*    \*    \*    \*    \*

MARY E. SIMMONS                 *

       Appellant           *        CIVIL NO. H-00-2554
                                    Bankruptcy No. 99-6-5737-SD
    vs.                         *

ELLEN W. COSBY                  *

       Appellee            *

\*    \*    \*    oOo    \*    \*    \*

O R D E R

    Mary E. Simmons, appellant herein, having filed on August 4, 2000 a notice of appeal in the United States Bankruptcy Court for the District of Maryland; and said appeal having been docketed in this Court; and appellant having sought to appeal from an Order entered by the Bankruptcy Court on July 26, 2000; and appellant having failed to comply with Bankruptcy Rules 8006 and 8009(a); and this Court having entered a Show Cause Order on September 29, 2000 requiring appellant to show cause within 10 days of the date of the Order why this appeal should not be dismissed; and appellant having failed to comply with the Order of this Court and having advised this Court that her appeal is now moot, it is this 17th day of

October, 2000 by the United States District Court for the District of Maryland,

    ORDERED:

1. That the appeal noted in this case by Mary E. Simmons be and the same is hereby dismissed pursuant to Bankruptcy Rules 8006 and 8009(a) and Local Rules 403.2 and 403.3; and

2. That the Clerk is directed to mail copies of this Order to appellant Mary E. Simmons, Trustee Ellen W. Cosby and Bankruptcy Judge E. Stephen Derby.

                                  _____
                                  Senior United States District Judge